# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: FLONASE ANTITRUST LITIGATION | : : : : : | CIVIL ACTION<br><br>NO. 08-CV-3301 |
| THIS DOCUMENT RELATES TO:<br>Indirect Purchasers Actions | : : : | |

April 15 , 2009                                                                                 Anita B. Brody, J.


## ORDER


      AND NOW, this   __15th___   day of April, 2009, it is ORDERED that Defendant's Motion to Dismiss (Doc. #27) is GRANTED without prejudice.  Plaintiffs may file an amended complaint on or before May 15, 2009.


      s/Anita B. Brody

      _____

      **ANITA B. BRODY, J.**


      **Copies VIA ECF on _____ to:**            **Copies MAILED on _____ to:**