PLAINTIFF

VS.

DEFENDANT                                              CIVIL ACTION NO.


PLEADING AVAILABLE IN HARD COPY IN FILE ROOM