# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| IN RE FLONASE ANTITRUST LITIGATION | : | CIVIL ACTION |
|   | : |   |
| THIS DOCUMENT RELATES TO | : | NO. 08-CV-3301 |
|   | : |   |
| Indirect Purchasers | : |   |

## **ORDER**

**AND NOW**, this __21st__ day of January, 2010, it is ORDERED:

• Defendant's motion to dismiss named plaintiff Painters' monopolization claim under Arizona law is DENIED.

• Defendant's motion to dismiss named plaintiff Painters' monopolization claim under Iowa law is DENIED.

• Defendant's motion to dismiss named plaintiff IABORI's monopolization claim under North Carolina law is DENIED.

• Defendant's motion to dismiss named plaintiff Painters' monopolization claim under Wisconsin law is DENIED.

• Defendant's motion to dismiss named plaintiff Painters' unfair and deceptive trade practices claim under Arizona law is GRANTED without prejudice. Plaintiffs may submit

1

a Third Amended Complaint containing appropriate allegations on or before February 1, 2010.

- Defendant's motion to dismiss named plaintiffs AFL, IBEW and Sheet Metal's unfair and deceptive trade practice claims under Florida law is DENIED.
- Defendant's motion to dismiss named plaintiff Painters' unfair and deceptive trade practices claim under Illinois law is GRANTED.
- Defendant's motion to dismiss named plaintiff Painters' unfair and deceptive trade practices claim under Iowa law is GRANTED.
- Defendant's motion to dismiss named plaintiff Kehoe's unfair and deceptive trade practices claim under Massachusetts law is GRANTED without prejudice. Plaintiffs may file a Third Amended Complaint that meets the demand requirements of Massachusetts General Law Chapter 93A on or before February 1, 2010.
- Defendant's motion to dismiss named plaintiff IABORI's unfair and deceptive trade practices claim under North Carolina law is DENIED.
- Defendant's motion to dismiss named plaintiff Painters' unjust enrichment claim under Arizona law is DENIED.
- Defendant's motion to dismiss named plaintiffs AFL, IBEW, and Sheet Metal's unjust enrichment claims under Florida law is GRANTED.
- Defendant's motion to dismiss named plaintiff Painters' unjust enrichment claim under Illinois law is GRANTED.
- Defendant's motion to dismiss named plaintiff Painters' unjust enrichment claim under Iowa law is DENIED.

- Defendant's motion to dismiss named plaintiff Kehoe's unjust enrichment claim under Massachusetts law is DENIED.

- Defendant's motion to dismiss named plaintiff IABORI's unjust enrichment claim under North Carolina law is GRANTED.

- Defendant's motion to dismiss named plaintiff Painters' unjust enrichment claim under Wisconsin law is DENIED.

                                                   s/Anita B. Brody
                                           _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                   Copies **MAILED** on _____ to: