IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: FLONASE ANTITRUST LITIGATION, | : : : : : | CIVIL ACTION<br><br>NO. 08-CV-3301 |
| THIS DOCUMENT RELATES TO:<br>Indirect Purchaser Actions | : : | |

# ORDER

**AND NOW**, this __26th_ day of September 2011, in considering Defendant's motion for summary judgment (ECF No. 180), it is **ORDERED**:

- Defendant's motion for summary judgment as to named plaintiff Painters' monopolization and unjust enrichment claims under Arizona law is **DENIED**.

- Defendant's motion for summary judgment as to named plaintiff Painters' monopolization and unjust enrichment claims under Wisconsin law is **DENIED**.

- Defendant's motion for summary judgment as to named plaintiffs AFL and IBEW's unfair and deceptive trade practices claim under Florida law is **DENIED**.

- Defendant's motion for summary judgment as to named plaintiff IABORI's monopolization and unfair and deceptive trade practices claims under North Carolina law is **GRANTED**.

- Defendant's motion for summary judgment as to named plaintiff Painters'

> monopolization and unjust enrichment claims under Iowa law is **GRANTED**.
>
> • Defendant's motion for summary judgment as to named plaintiff Painters' unfair and deceptive trade practices claim under Florida law is **GRANTED**.
>
> • Defendant's motion for summary judgment as to named plaintiff Painters' unfair and deceptive trade practices claim under Arizona law is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

O