UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FLONASE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Indirect Purchaser Actions | CIVIL ACTION<br>No. 08-3301 — 9,6<br><br>**Hon. Anita B. Brody** |
| MEDICAL MUTUAL OF OHIO, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE plc,<br><br>Defendant | CIVIL ACTION<br>No. 12-4212 ✗<br><br>**Hon. Anita B. Brody** |



FILED
MAY 3 2013
MICHAEL E. KUNZ, Clerk
Dep. Clerk

## OBJECTION TO PROPOSED SETTLEMENT

I, JILL JAN, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called upon as a witness, could and would testify competently to them.

2. I make this claim on behalf of my son, Hondo Jan, a minor during the class period, who was prescribed and was taking the medication, Flonase, during the class period. (See Exhibit A attached hereto)

3. I had prescriptions filled in 2004-2005 during Hondo's allergy testing times. I made purchases of the Flonase prescription at three pharmacies:

    a. Rite Aid (I have calls into corporate for a copy of the records);

    b. Walgreens (I have requested records though corporate and should arrive in 2 weeks); and

    c. Longs (records will be mailed from the corporate office on Monday.

My objections are as follows:

NOTICE IS UNCLEAR

The explanation of this proposed settlement is unclear. It simply does not explain how the money is to be divided and what benefit individuals can expect to receive. It also does not say that the lawyers will do anything to improve the claims rate. These class actions betray our legal system because no one cares about the individuals.

CLASS REP AWARDS ARE EXCESSIVE

There is no reason to justify the huge difference between the amount paid to class members and the amounts requested by the class representatives. The court should award them no more than $2500 each.

EXCESSIVE FEES

One third of the settlement is too much. Class members do not know how much of the fund they will receive; the payout scheme is unfair. The court should not award fees until it has a report from the administrator showing payouts to the class. The lawyers should not receive more than the class.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of May 2013 at San Diego, California.

Jill Jan
1850 Hidden Mesa Rd, El Cajon, CA 92019
619 607-9750
jj@jan-law.com

# EXHIBIT A



**BRUCE M. PRENNER, M.D.**
F.A.A.A.A.I., F.A.C.A.A.I.
Diplomate American Boards of
Allergy and Immunology and Pediatrics

**JOHN D. PAULS, Ph.D., M.D.**
FRCPC, FACP, FAAAAI, FACAAI
Diplomate American Boards of
Allergy and Immunology and
Internal Medicine

**JOHN M. HOLLINGSWORTH, PA-C, RRT**

# ALLERGY ASSOCIATES MEDICAL GROUP, INC.

October 6, 2003

Jan
1850 Hidden Mesa Road
El Cajon, California 92019

Redacted

DOB: 11/1/91
Date of Service: 8/29/03

Dear

It was a pleasure to meet you and your parents in my office today to go over results of testing. As you are aware, you are an 11-year-old who has had significant nasal congestion, and there was a question of underlying allergies.

HISTORY OF PRESENT ILLNESS: History is most easily summarized in chronologic fashion. Since age six you have suffered from congestion, anterior and posterior rhinorrhea, sneezing, itchy nose, throat and eyes, mouth breathing, snoring, throat-clearing cough and plugged ears with popping. These symptoms are perennial and tend to be worse in spring as well as in the early morning hours. No other associations were apparent. Treatment with Claritin is slightly helpful, but you did not like it very much. Flonase, 1-2 sprays each nostril daily has been used 3-4 times per week. Benadryl is found to be sedating and Zyrtec is also found to be helpful.

REVIEW OF SYSTEMS: Noncontributory.

PAST MEDICAL HISTORY: Significant for you being the product of a normal pregnancy and a c-section delivery secondary to strep infection. You were breast-fed for the first eight months of life. Immunizations are up to date and you have had normal growth and development. Apart from a fractured left arm you have not had any medical conditions.

Current Medications: Flonase, 1-2 sprays each nostril daily.

*Alvarado Court Medical Building*
*6386 Alvarado Court, Suite 210*
*San Diego, CA 92120*
*619-286-6687*
*Fax 619-286-6695*