UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FLONASE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Indirect Purchaser Actions | CIVIL ACTION<br><br>No. 08-3301<br><br>Hon. Anita B. Brody |
| MEDICAL MUTUAL OF OHIO, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE plc,<br><br>Defendant | CIVIL ACTION<br><br>No. 12-4212<br><br>Hon. Anita B. Brody |

FILED
JUL 1 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## NOTICE OF APPEAL

Notice is hereby given that JAMES F. PAYTON (Objector), appeals to the United States Court of Appeals for the Third Circuit from the Order [583] entered on May 7, 2013, from the Order [Doc 589] entered on May 24, 2013, from the Order [Doc 595] entered on May 31, 2013, from the Order [Doc 599] entered on June 4, 2013, from the Order [Doc 605] entered on June 19, 2013 and from the Order [Doc 606] entered on June 19, 2013.

Dated: June 27, 2013

By: _JF Payton_
James F. Payton, pro per
1395 Garden Highway
Sacramento, CA  95833

1