# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FLONASE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Indirect Purchaser Actions | CIVIL ACTION<br><br>No. 08-3301<br><br>Hon. Anita B. Brody |
| MEDICAL MUTUAL OF OHIO, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE plc,<br><br>                Defendant. | CIVIL ACTION<br><br>NO. 12-4212<br><br>Hon. Anita B. Brody |

**ORDER RE: DISTRIBUTION OF THE SETTLEMENT FUND**

The Plaintiff Class has moved for an Order approving distribution of the Settlement Fund and in support of the motion has submitted the Declaration of Daniel Coggeshall of Rust Consulting, Inc., the Claims Administrator and the Declaration of Marvin A. Miller, one of the Co-Lead Class Counsel, in support of the application for an award of attorneys' fees and reimbursement of expenses in connection with the administration of the Settlement Fund;

The Court has reviewed and considered the Plaintiff Class' Motion for Distribution of the Settlement Fund and the supporting declarations and based on those submissions,

IT IS **ORDERED**, that:

1. The Motion for Distribution of the Settlement Fund (ECF No. 659) is **GRANTED**;

2. Rust Consulting, Inc. shall be paid from the Settlement Fund payment of $103,132.78 from the Settlement Fund to Rust, Inc. for the balance of its fees and expenses incurred and to be incurred in connection with the notice, administration and distribution of the Net Settlement Fund;

3. Class Counsel are awarded $648,701.19 which represents attorney' fees in the sum of $631,162.25 and reimbursement of expenses in the sum of $17,538.94.

s/Anita B. Brody

_____
Anita B. Brody, U.S.D.J.

Dated: 11/3/2014 _____

COPIES VIA ECF ON:_____