# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FLONASE ANTITRUST LITIGATION | : : : | CIVIL ACTION No. 08-3301 |
| THIS DOCUMENT RELATES TO: Indirect Purchaser Actions | : : : : | |

## ORDER

**AND NOW,** this __21ST__ day of December, 2015, **IT IS ORDERED** that the State of Louisiana's Rule 12(b)(2) Motion to Dismiss (ECF No. 667) is **GRANTED** and GlaxoSmithKline LLC's Motion to Enforce Class Settlement (ECF No. 661) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: